UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBERSPAECHER NORTH
AMERICA, INC.,

    Plaintiff/Counter-Defendant,

v.                                                    Case No. 12-11045

NELSON GLOBAL PRODUCTS, INC.,

    Defendant/Counter-Plaintiff.
_____/

**ORDER OF DISMISSAL**

    Counsel has notified the court that the parties have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **May 29, 1013**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. Further, the parties may also submit substitute, stipulated order of dismissal or judgment by **May 29, 2013**.

    After May 29, 2013, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                                               s/Robert H. Cleland
                                                               ROBERT H. CLELAND
                                                               UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2013, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522